```
UNITED STATES DISTRICT COURT                  USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                 DOCUMENT
------------------------------------------X   ELECTRONICALLY FILED
                                          :   DOC #:_____
EMANUEL DELACRUZ,                         :   DATE FILED: 01/28/2020
                            Plaintiff,    :
                                          :   19 Civ. 10706 (LGS)
            -against-                     :
                                          :           ORDER
HARMON STORES, INC.,                      :
                            Defendant.    :
------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for January 30, 2020;

WHEREAS, the parties requested that the Court adjourn the pretrial conference and stay discovery pending resolution of Defendant's proposed motion to dismiss. No other significant issues were raised in the parties' joint letter or proposed case management plan; it is hereby

**ORDERED** that the January 30, 2020, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. Plaintiff's counsel's request to appear at the initial pretrial conference by telephone (Dkt. No. 12) is denied as moot. It is further

**ORDERED** that the parties' requested to stay discovery is DENIED. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that, if Defendant seeks to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the

Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: January 28, 2020
      New York, New York

                                             **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**