UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMANUEL DELACRUZ, ON BEHALF OF HIMSELF AND ALL OHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>-against-<br><br>HARMON STORES, INC.,<br><br>Defendant. | Civil Action No. 1:19-cv-10706-MKV |

### DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Harmon Stores, Inc., by its undersigned counsel, states that it is a wholly-owned by its parent corporation, Bed Bath & Beyond Inc., which is a publicly held corporation.  No other company owns 10% or more of Harmon Stores, Inc.'s stock.  BlackRock Inc. owns more than 10% of Bed Bath & Beyond, Inc.

Dated: February 7, 2020

Respectfully submitted,

*/s/ Michael F. Fleming*
Michael F. Fleming
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
Telephone:   (212) 309-6000
Facsimile:   (212) 309-6001
michael.fleming@morganlewis.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    I, Michael F. Fleming, hereby certify that a true and correct copy of the foregoing 7.1 Corporate Disclosure Statement was served via ECF on this 7th day of February, 2020 upon attorneys for Plaintiff.

Dated:  February 7, 2020        */s/ Michael F. Fleming*
                   Michael F. Fleming